NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE SIERRA WIRELESS, INC., SIERRA
WIRELESS AMERICA, INC., KYOCERA
CORPORATION, KYOCERA COMMUNICATIONS,
INC., AND KYOCERA WIRELESS CORP.,
*Petitioners.*

---

Miscellaneous Docket No. 969

---

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case no. 09-CV-0270, Judge Leonard Davis.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Sierra Wireless, Inc. and Sierra Wireless America,
Inc. (Sierra) move without opposition to withdraw as
petitioners. Kyocera Corporation, Kyocera Communications, Inc., and Kyocera Wireless Corp. (Kyocera) separate
move without opposition to withdraw the petition if this
court grants Sierra's motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The petition is dismissed.

FOR THE COURT

DEC 0 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Don F. Livornese, Esq.
Robert E. Krebs, Esq.
Alexandra C. Fennell, Esq.
Clerk, United States District Court For The Eastern
District Of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2010

JAN HORBALY
CLERK